UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                    :
FAHIM MUHAMMED,                     :
                                    :   Civil Action No. 09-2653 (RBK)
            Petitioner,             :
                                    :
      v.                            :        **O R D E R**
                                    :          (CLOSED)
WARDEN JEFF GRONDOLSKY,             :
                                    :
            Respondent.             :
_____ :


Based on this Court's Opinion filed herewith;

IT IS ON THIS __4th__ day of ___March___, 2010;

ORDERED that Petitioner's application for a Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241, is hereby dismissed as moot; and it is further

ORDERED that the Clerk of the Court is directed to close the file in this matter.

                                    s/Robert B. Kugler
                                    ROBERT B. KUGLER
                                    United States District Judge